Argued and submitted March 31, affirmed April 22, 1992

STATE OF OREGON,
*Respondent,*

*v.*

SANDRA JACKIE BALDWIN,
*Appellant.*

(90CR0298, 90CR0373, 90CR0600;
CA A68532 (Control), A68533, A68534)
(Cases Consolidated)

828 P2d 1063

Stephen J. Williams, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Affirmed. *State v. Rathbone I,* 110 Or App 414, 823 P2d 430 (1991).